

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**FILED**

DEC 16 2024

CLERK'S OFFICE
U.S. DISTRICT COURT

United States of America,

        Plaintiff,

vs.

        Criminal No. 24-cr-20667

        Hon. Denise Page Hood

D-4, Dominique Glenn,

        Defendant.

_____/

## DEFENDANT'S ACKNOWLEDGMENT OF THE INDICTMENT

I, Dominique Glenn, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1:    Up to 20 years imprisonment and/or a $1 million fine, followed by supervised release of 3 years to life.

           If subject to an enhancement under 21 U.S.C. § 851 based on a serious prior felony drug conviction: up to 30 years in prison and/or an $2 million fine, followed by supervised release, 6 years to life.

Count 5:    Up to 20 years imprisonment and/or a $1 million fine, followed by supervised release of 3 years to life.

           If subject to an enhancement under 21 U.S.C. § 851 based on a serious prior felony drug conviction: up to 30 years in prison and/or an $2 million fine, followed by supervised release, 6 years to life.

Count 8:     Up to 20 years imprisonment; and/or $500,000 fine or twice the value of the property involved, whichever is greater.

I have been informed and understand that I may be subject to an increased maximum sentence, an increased mandatory minimum sentence, and an increased maximum fine, pursuant to 21 U.S.C. § 841(b)(1), based upon: my prior convictions, if any, and/or counts of conviction in this case.

I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

_refused to sign_
Dominique Glenn
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Counsel for the defendant

Dated: 12/10/24