UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

       Plaintiff,

                                        Criminal No. 24-cr-20667

vs.

                                        Hon. Denise Page Hood

D-1, Brian Maurice Brown,

       Defendant.

_____/

**DEFENDANT'S ACKNOWLEDGMENT OF
THE INDICTMENT**

    I, Brian Maurice Brown, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1:    At least 10 years and up to life imprisonment and/or a $10 million fine, followed by supervised release of 5 years to life.

                If subject to an enhancement under 21 U.S.C. § 851 based on a serious prior felony drug conviction: at least 15 years and up to life in prison and/or an $20 million fine, followed by supervised release, 10 years to life.

Count 2:    At least 10 years and up to life imprisonment and/or a $10 million fine, followed by supervised release of 5 years to life.

                If subject to an enhancement under 21 U.S.C. § 851 based on a serious prior felony drug conviction: at least 15 years and up to life in prison and/or an $20 million fine, followed by supervised release, 10 years to

life.

Count 3:   At least 10 years and up to life imprisonment and/or a $10 million fine, followed by supervised release of 5 years to life.

If subject to an enhancement under 21 U.S.C. § 851 based on a serious prior felony drug conviction: at least 15 years and up to life in prison and/or an $20 million fine, followed by supervised release, 10 years to life.

Count 8:   Up to 20 years imprisonment; and/or $500,000 fine or twice the value of the property involved, whichever is greater.

I have been informed and understand that I may be subject to an increased maximum sentence, an increased mandatory minimum sentence, and an increased maximum fine, pursuant to 21 U.S.C. § 841(b)(1), based upon: my prior convictions, if any, and/or counts of conviction in this case.

I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

_____
Brian Maurice Brown
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Counsel for the defendant

Dated: 12/16/24

Page 2 of 2