UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

vs.

D-6 Akia Brown,

     Defendant.

_____/

Criminal No. 24-cr-20667

Hon. Denise Page Hood



## DEFENDANT'S ACKNOWLEDGMENT OF THE INDICTMENT

    I, Akia Brown, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 8:    Up to 20 years imprisonment; and/or $500,000 fine or twice the value of the property involved, whichever is greater

FILED
DEC 23 2024
CLERK'S OFFICE
U.S. DISTRICT COURT

_____
Akia Brown
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Counsel for the defendant

Dated: 12/23/2024