UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

               Plaintiff,

v.                                       Case No. 2:24–cr–20667–DPH–APP
                                        Hon. Denise Page Hood

Brian Maurice Brown, et al.,

               Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Brian Maurice Brown

The defendant(s) shall appear before Magistrate Judge Unassigned at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 104, Detroit, Michigan, for the following proceeding(s):

- DETENTION HEARING:  June 4, 2025 at 01:00 PM

**ADDITIONAL INFORMATION:**    Defense cousel requested the detention hearing

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/Carolyn M Ciesla
                                                          Acting in the absence of Eddrey Butts

Dated:  May 30, 2025