

# SPIRIT OF DETROIT AWARD

is presented herewith as an expression of
the gratitude and esteem of the citizens of Detroit to

## BRIAN MAURICE BROWN

**FOR YOUR CONTRIBUTIONS TO THE CITY OF DETROIT
THROUGH B.M.B ENTERTAINMENT**

in recognition of exceptional achievement,
outstanding leadership and dedication to
improving the quality of life.

By the City Council of Detroit, Michigan

_____
COUNCIL PRESIDENT

_____
COUNCIL PRESIDENT PRO TEM

_____
COUNCIL MEMBER

_____
COUNCIL MEMBER

_____
COUNCIL MEMBER

_____
COUNCIL MEMBER

_____
COUNCIL MEMBER

Raquel Castañeda-López
COUNCIL MEMBER

_____
COUNCIL MEMBER

MAY 16, 2019
DATE