

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

                                    Criminal No. 24-cr-20667

vs.

                                    Hon. Denise Page Hood

D-7, Jamoran Everson,

      Defendant.

_____/

## DEFENDANT'S ACKNOWLEDGMENT OF THE INDICTMENT

I, Jamoran Everson, defendant in this case, hereby acknowledge that I have received a copy of the Superseding Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1:    At least 10 years and up to life imprisonment and/or a $10 million fine, followed by supervised release of 5 years to life.

              If subject to an enhancement under 21 U.S.C. § 851 based on a serious prior felony drug conviction: at least 15 years and up to life in prison and/or an $20 million fine, followed by supervised release, 10 years to life.

Count 4:    At least 5 years and up to 40 years imprisonment and/or a $5 million fine, followed by supervised release of 4 years to life.

              If subject to an enhancement under 21 U.S.C. § 851 based on a serious prior felony drug conviction: at least 10 years and up to life in prison and/or an $8 million fine, followed by supervised release, 8 years to

life.

I have been informed and understand that I may be subject to an increased maximum sentence, an increased mandatory minimum sentence, and an increased maximum fine, pursuant to 21 U.S.C. § 841(b)(1), based upon: my prior convictions, if any, and/or counts of conviction in this case.

I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

Jamoran Everson
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Counsel for the defendant

Dated: 5/7/26